IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Alexander, Angela K

Printed: 12/28/07

Case Number: 07 B 17150
Judge: Wedoff, Eugene R
Filed: 9/20/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: November 15, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 219.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 207.17 |
| Trustee Fee: |  | 11.83 |
| Other Funds: |  | 0.00 |
| Totals: | 219.00 | 219.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Zalutsky & Pinski Ltd | Administrative | 3,854.00 | 207.17 |
| 2. | Santander Consumer USA | Secured | 0.00 | 0.00 |
| 3. | Ameristar Financial Company | Secured | 13,213.42 | 0.00 |
| 4. | Plains Commerce Bank | Unsecured | 16.60 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 58.69 | 0.00 |
| 6. | Portfolio Recovery Associates | Unsecured | 37.10 | 0.00 |
| 7. | Village Of Lynwood | Unsecured | 106.05 | 0.00 |
| 8. | Crescent Recovery | Unsecured | 94.88 | 0.00 |
| 9. | Americas Financial Choice Inc | Unsecured | 22.90 | 0.00 |
| 10. | Portfolio Recovery Associates | Unsecured | 62.94 | 0.00 |
| 11. | Illinois Dept Of Employment Sec | Unsecured | 71.33 | 0.00 |
| 12. | Limited Stores | Unsecured | 3.42 | 0.00 |
| 13. | RoundUp Funding LLC | Unsecured | 40.28 | 0.00 |
| 14. | B-Real LLC | Unsecured | 20.15 | 0.00 |
| 15. | Jefferson Capital Systems LLC | Unsecured | 12.92 | 0.00 |
| 16. | U.S. Department Of Education | Unsecured | 400.19 | 0.00 |
| 17. | Internal Revenue Service | Priority |  | No Claim Filed |
| 18. | Internal Revenue Service | Priority |  | No Claim Filed |
| 19. | Advocate Christ Hospital | Unsecured |  | No Claim Filed |
| 20. | AT&T Wireless | Unsecured |  | No Claim Filed |
| 21. | AT&T Wireless | Unsecured |  | No Claim Filed |
| 22. | AT&T Wireless | Unsecured |  | No Claim Filed |
| 23. | Direct Loan Servicer | Unsecured |  | No Claim Filed |
| 24. | Check N Go | Unsecured |  | No Claim Filed |
| 25. | Bally Total Fitness | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Alexander, Angela K | | Case Number: 07 B 17150 |
|---|---|---|---|
| | | | Judge: Wedoff, Eugene R |
| | Printed: 12/28/07 | | Filed: 9/20/07 |

| | | | | |
|---|---|---|---|---|
| 26. | City of Blue Island | Unsecured | | No Claim Filed |
| 27. | City of Blue Island | Unsecured | | No Claim Filed |
| 28. | City of Blue Island | Unsecured | | No Claim Filed |
| 29. | City of Blue Island | Unsecured | | No Claim Filed |
| 30. | City of Blue Island | Unsecured | | No Claim Filed |
| 31. | First Choice Loans | Unsecured | | No Claim Filed |
| 32. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 33. | City of Blue Island | Unsecured | | No Claim Filed |
| 34. | First Cash Financial Services | Unsecured | | No Claim Filed |
| 35. | Department Of Employment Security | Unsecured | | No Claim Filed |
| 36. | Instant Cash Advance | Unsecured | | No Claim Filed |
| 37. | Drive Financial Services | Unsecured | | No Claim Filed |
| 38. | Comcast | Unsecured | | No Claim Filed |
| 39. | City of Blue Island | Unsecured | | No Claim Filed |
| 40. | Illinois Dept Of Human Service | Unsecured | | No Claim Filed |
| 41. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 42. | Ingalls Midwest Emergency | Unsecured | | No Claim Filed |
| 43. | Suburban Emergency Physician | Unsecured | | No Claim Filed |
| 44. | Oberweis Dairy | Unsecured | | No Claim Filed |
| 45. | Payday Loan | Unsecured | | No Claim Filed |
| 46. | SBC | Unsecured | | No Claim Filed |
| 47. | Pay Day Loans | Unsecured | | No Claim Filed |
| 48. | Primary Healthcare Associates | Unsecured | | No Claim Filed |
| 49. | Sprint | Unsecured | | No Claim Filed |
| 50. | SSH Anesthesia | Unsecured | | No Claim Filed |
| 51. | Village Of Lynwood | Unsecured | | No Claim Filed |
| 52. | TCF Bank | Unsecured | | No Claim Filed |
| 53. | Internal Revenue Service | Unsecured | | No Claim Filed |
| 54. | Suburban Emergency Physician | Unsecured | | No Claim Filed |
| 55. | Suburban Emergency Physician | Unsecured | | No Claim Filed |
| 56. | Village Of Lynwood | Unsecured | | No Claim Filed |
| 57. | Village Of Lynwood | Unsecured | | No Claim Filed |
| 58. | Village Of Lynwood | Unsecured | | No Claim Filed |

_____   _____
$ 18,014.87   $ 207.17

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 11.83 |

_____
$ 11.83

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Alexander, Angela K

Printed:  12/28/07

Case Number:  07 B 17150
Judge:  Wedoff, Eugene R
Filed:  9/20/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

